**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **LINCOLN GENERAL INSURANCE** | ) | |
| **COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:08-0368** |
| | ) | **Judge Trauger** |
| **DETROIT DIESEL CORPORATION and** | ) | |
| **PREVOST CAR (US), INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Dismiss for

Failure to State a Claim filed by defendant Prevost Car (US), Inc. ("Prevost") (Docket No. 20) is

**GRANTED IN PART AND DENIED AS MOOT IN PART,** and Prevost is hereby

**DISMISSED** as a defendant in this matter.


It is so ordered.

Enter this 14th day of September 2009.

_____
ALETA A. TRAUGER
United States District Judge